**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV10-05481 JAK (AGRx) | Date | September 30, 2011 |
|---|---|---|---|
| Title | Guadalupe Castro, et al. v. Michelin North America, Inc. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 29, 2011, defendant General Motors, LLC filed "Notice of Settlement" [49] and on September 29, 2011, defendant Michelin North America, Inc. filed "Notice of Settlement" [51]. The Court sets an Order to Show Cause re Dismissal for October 31, 2011 at 1:30 p.m. If the parties file a dismissal by October 27, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Final Pretrial Conference, Status Conference re Exhibits, and Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |